# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.: 1:-07-CR-00119 AWI |
| **Plaintiff,** | )   ORDER |
| **vs.** | ) |
| **Torie Monique House** | ) |
| **Defendant** | ) |

As per the stipulation of the parties, IT IS SO ORDERED that:

The sentencing date in the above-entitled matter is continued to October 9, 2007 in Department 2 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   August 27, 2007**          /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE